Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Lynne Goodwin, Esq. (SBN 122021)

Attorneys for Defendant: Inge Clarke

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HUDSON, | Case No. 2:06-cv-00906-DFL-GGH |
| Plaintiff, | **ASSOCIATION OF COUNSEL** |
| vs. | |
| YUBA COUNTY SHERIFF'S DEPARTMENT; B. MARTIN, in his individual, official and/or agency capacity, INGIE CLARK, DOES 1 through 50, | |
| Defendants. | COMPLAINT FILED: 04/26/2006<br>TRIAL DATE:    NONE |

   TONON & ASSOCIATES, attorneys for Defendant, INGE CLARKE, erroneously sued herein as INGIE CLARK, in the above-entitled action, hereby associate LYNNE GOODWIN, ESQ. of the LAW OFFICE OF LYNNE GOODWIN, Post Office Box 4046, Truckee, California 96160, (530) 550-

///

///

///

-1-

ASSOCIATION OF COUNSEL

0900, Fax (530) 550-0902, as attorneys for said Defendant, INGE CLARKE.

Dated:  December 1, 2006                **TONON & ASSOCIATES**

                                         By: _/s/Gayle K. Tonon_____
                                             GAYLE K. TONON, ESQ.
                                             Attorneys for Defendant,
                                             INGE CLARKE

   The undersigned agrees to be associated with TONON & ASSOCIATES, as attorney of record for Defendant, INGE CLARKE, in the above-entitled action.

Dated:  December 1, 2006                **LAW OFFICE OF LYNNE GOODWIN**

                                         By: _/s/Lynne Goodwin_____
                                             LYNNE GOODWIN, ESQ.

IT IS SO ORDERED:

Dated: 12/11/2006

                         /s/ David F. Levi_____
                         JUDGE OF THE UNITED STATES DISTRICT
                         COURT – EASTERN DISTRICT OF CALIFORNIA

(FAS6003)P12016.AssnCounsel

-2-

ASSOCIATION OF COUNSEL